**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SHIFRA GORDON, individually and on behalf of
all others similarly situated,

                Plaintiff,                20 **CIVIL** 10017 (VB)

     -against-                 **<u>JUDGMENT</u>**

ADMIN RECOVERY, LLC, and JOHN DOES
1-25,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2021, the motion to dismiss is granted: accordingly, this case is closed.

**Dated:** New York, New York
         October 18, 2021

                                         **RUBY J. KRAJICK**
                                         _____
                                           **Clerk of Court**
                          **BY:**
                                            **Deputy Clerk**